UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARRON DEON HOWARD
a/k/a Darren Deon Howard,

        Defendant.
_____/

Case No. 1:06:CR:126

HON. GORDON J. QUIST

**ORDER**

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    THEREFORE, IT IS ORDERED that:

    1.    The Report and Recommendation of the Magistrate Judge filed May 4, 2007, is approved and adopted as the Opinion and Findings of this Court.

    2.    Defendant Darron Deon Howard's plea of guilty to Count 1 of the Indictment is accepted. Defendant Darron Deon Howard is adjudicated guilty.

    3.    Defendant Darron Deon Howard shall be detained pending sentencing.

Dated: May 22, 2007

                        /s/ Gordon J. Quist
                        GORDON J. QUIST
                        UNITED STATES DISTRICT JUDGE