UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRON DEON HOWARD,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:06-cr-126

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

This matter is before the Court on the Defendant's Motion for Enlargement of Time (Dkt. #65). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion for Enlargement of Time (Dkt. #65) is **GRANTED**. The deadline for defendant to file his reply brief is extended by 42 days from the date of this order.

Date: June 1, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge